■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM McKINLEY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Posner, J.), rendered October 18, 1988, convicting him of assault in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Evidence was adduced at the trial that the defendant struck a pedestrian with his automobile after proceeding at a high rate of speed through an intersection against a traffic signal. The defendant testified that he had been without sleep for a prolonged period of time and that he was aware that this condition could affect a person's ability to operate a vehicle. The contentions raised by the defendant on appeal do not warrant a reversal of his conviction, as the proof of his guilt was overwhelming, and there is no significant probability that

the jury would have acquitted the defendant had it not been for the alleged errors (see, People v Johnson, 57 NY2d 969; People v Crimmins, 36 NY2d 230; People v Salcedo, 155 AD2d 699). Mangano, P. J., Eiber, O'Brien and Ritter, JJ., concur.